Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
THOMAS G. LININGER (SBN 353277)
3638 American River Drive
Sacramento, California 95864
Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430
mjaime@mathenysears.com
tlininger@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TOLEDO<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLSALE CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-CV-02089-TLN-JDP<br><br>**STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF ISABEL TOLEDO; ORDER**<br><br>Complaint filed: May 2, 2024<br>Trial date: N/A. |

Plaintiff ISABEL TOLEDO ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") agree and stipulate that Plaintiff shall submit to a physical examination pursuant to Federal Rules of Civil Procedure, Rule 35:

1.     A controversy exists regarding the physical condition of Plaintiff and good cause exists for a physical examination of Plaintiff.

2.     The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries.

3.     The scope of the examination will be the physical injuries at issue in litigation, including, but not limited to, neck. Shoulders, arms, hands, both knees and back.

4.     The physical examination will be conducted by Kee Kim MD — the independent medical exam physician retained by Defendant. Attached to this stipulation as **Exhibit A** is a true

1

*STIPULATION RE:  PHYSICAL EXAMINATION OF PLAINTIFF ISABEL TOLEDO*

and correct copy of Dr. Kim's Curriculum Vitae setting forth his qualifications and background.

5. The date and time for the physical examination will be March 18, 2025, at 3:00 pm.

6. The location for the examination is: 3301 C Street #1500, Sacramento, California.

7. Dr. Kim's contact information is: Cheryl Williams (541) 601-0091 and Fax: (916) 703-5368.

8. It is further stipulated that Defendant will be responsible for the fees associated with this examination.

9. However, Plaintiff agrees to reasonably comply with Dr. Kim's cancellation policy and must advise Defendant if she is unable to attend the examination at least five business days before the examination.

Dated: March 4, 2025                    **LAW OFFICES OF W. RUSSEL FIELDS**

By: /s/
RUSSEL FIELDS
Attorney for Plaintiff TOLEDO

Dated: February 19, 2025                **MATHENY SEARS LINKERT & JAIME LLP**

By: /s/
MATTHEW C. JAIME, ESQ.
Attorney for Defendant COSTCO
WHOLESALE CORPORATION

# ORDER

Pursuant to Plaintiff and Defendant's STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF ISABEL TOLEDO and for good cause shown, the above STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF ISABEL TOLEDO is accepted, adopted, and made the Order of the Court.

**IT IS SO ORDERED**.

Dated: March 5, 2025

_____
Troy L. Nunley
Chief United States District Judge